UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| QUINDALE ADDISON | * | CIVIL ACTION |
| VERSUS | * | NO: 06-7395 |
| MR. WILKINSON, WARDEN | * | SECTION: "B"(6) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's federal habeas application is hereby **STAYED** and the Clerk of Court is ordered to mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court retain jurisdiction in this matter and that petitioner subsequently be allowed to file a motion to reopen these proceedings provided that petitioner initiates his state post-conviction proceedings in an attempt to exhaust issues (4)-(8) **within 30 days of this decision.**

**IT IS FURTHER ORDERED** that petitioner be allowed to file a motion to reopen these proceedings **within thirty (30) days** after exhausting issues (4)-(8) in the Louisiana Supreme Court.

New Orleans, Louisiana, this 13th day of October, 2009.

_____
**UNITED STATES DISTRICT JUDGE**