UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| QUINDALE ADDISON | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 06-7395 |
| TIM WILKINSON | * | SECTION "B"(6) |

## REPORT AND RECOMMENDATION

Before the court, upon referral from the district court judge, is a motion to re-open (Rec. Doc. 18) filed by petitioner, Quindale Addison. In a Report and Recommendation dated 9/18/2009, the undersigned Magistrate Judge recommended that Addison be allowed to re-open his case after exhausting his listed claims numbered 4-8. Instead, Addison has decided to abandon his unexhausted claims (4-8) and requests that the court address only claims 1-3, which the state concedes are exhausted in the state courts.

With no objection by the State,[1] it is hereby RECOMMENDED that the motion to re-open be GRANTED.

IT IS FURTHER RECOMMENDED that the STAY previously imposed by the district court be LIFTED.

Upon acceptance of this Recommendation by the district court and the recommitment of the case back to the undersigned Magistrate Judge, a Supplemental Report and Recommendation will be issued addressing the exhausted claims (1-3) raised in Addison's

---

[1] The court contacted via telephone the Assistant District Attorney assigned to this case. She had no objection to petitioner's motion to re-open.

habeas application.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. 28 U.S.C. § 636(b)(1); *Douglas v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).[2]

New Orleans, Louisiana, this   3rd   day of           March          , 2010.

LOUIS MOORE, JR.
United States Magistrate Judge

Clerk to Notify Counsel and Pro Se Petitioner

---

[2]*Douglas* referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend that period to fourteen days.