UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **QUINDALE ADDISON** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 06-7395** |
| **TIM WILKINSON** | * | **SECTION "B"(6)** |

### ORDER

With no objections to the Report and Recommendation of the Magistrate Judge dated March 3, 2010,

**IT IS HEREBY ORDERED** that the motion to re-open (Rec. Doc. 18) be GRANTED.

**IT IS FURTHER ORDERED** the **STAY** previously imposed by this court is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that the matter is recommitted to the Magistrate Judge to address the exhausted claims (1-3) raised in Addison's habeas application.

New Orleans, Louisiana this 3rd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Notify Counsel and Pro Se Petitioner