UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| QUINDALE ADDISON | CIVIL ACTION |
| VERSUS | NO: 06-7395 |
| MR. WILKINSON, WARDEN | SECTION: "B"(6) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Supplemental Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Supplemental Report and Recommendation, hereby approves the Supplemental Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's application for habeas corpus relief pursuant to Title 28, United States Code, Section 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 23rd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE